**FILED**

11:36 am Jun 24 2022
Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE SAQELA MOORE | ) | CASE NO.: 20-MJ-4402 |
| | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| | ) | |
| | ) | |
| | ) | |
| | ) | MOTION TO UNSEAL CASE NO. 20-MJ-4402 |
| | ) | |
| | ) | |

Now comes the United States of America, by and through its counsel, Michelle M. Baeppler, First Assistant United States Attorney, and Elizabeth M. Crook, Assistant United States Attorney, and respectfully moves the Court for an Order unsealing Target letter and supporting documents filed under Case No. 20-MJ-4402.

Counsel for the Government submits that the Target Letter and accompanied documents in Case No. 20-MJ-4402, was ordered sealed at the government's request since the contents related to a then-pending investigation and sealing of the documents was necessary to prevent compromise of the then-pending investigation.   Such concern no longer exists.

Accordingly, the United States of America respectfully moves the Court to enter an Order unsealing document filed in Case No. 20-MJ-4402.

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

/s/ Elizabeth Crook
Elizabeth Crook (0088709)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3825
(216) 522-8355 (facsimile)
Elizabeth.Crook@usdoj.gov